IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| GLENDA SUE HALL, ) | |
| ) | |
| Plaintiff, ) | No. 2:10-cv-00110 |
| ) | Judge Nixon |
| v. ) | Magistrate Judge Knowles |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Glenda Sue Hall's Motion for Judgment Based upon the Administrative Record ("Motion") (Doc. No. 12), filed along with a supporting brief (Doc. No. 13). Defendant Commissioner of Social Security filed a Response to Plaintiff's Motion (Doc. No. 16), to which Plaintiff filed a Reply (Doc. No. 17). Magistrate Judge Knowles subsequently issued a Report and Recommendation ("Report"), recommending that Plaintiff's Motion be denied, and that the action be dismissed. (Doc. No. 18 at 26.) The Report was filed on July 9, 2012, and it provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion, and **AFFIRMS** the decision of the Commissioner. Accordingly, Plaintiff's Complaint is **DISMISSED**, the Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this ___31st___ day of July, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

1